[Nos. 14202–0–I; 14846–0–I.   Division One.   June 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD SHELDON, *Appellant.*

*In the Matter of the Personal Restraint of* EDWARD SHELDON, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–1–00234–4, Robert C. Bibb, J., entered December 22, 1983, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Grosse, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 14492–8–I.   Division One.   June 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN GREGORY MESSMER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04446–6, Jack Richey, J. Pro Tem., entered January 31, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Ringold and Webster, JJ.

[No. 12662–8–I.   Division One.   June 10, 1985.]

KENNETH DEJARLAIS, ET AL, *Respondents,* v. VIRGINIA M. RANDALL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–14084–0, James R. Thomas, J., entered December 9, 1982. *Affirmed* by unpublished opinion per Hopp, J. Pro Tem., concurred in by Scholfield, A.C.J., and Ringold, J.